RECEIVED

JUN 11 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MUHAMMAD AKRAM SHARIF                    DOCKET NO. 14-cv-501; SEC. P
A#047-938-493

VERSUS                                   JUDGE STAGG

ERIC HOLDER, ET AL.                      MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED IT IS ORDERED** that the Petition of Muhammad Akram Sharif be and is hereby **DISMISSED AS MOOT.**

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 11th day of June, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA